# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KIMBERLY EDWARDS**                                                             **PLAINTIFF**

**v.**                                           **CAUSE NO. 3:17CV973-LG-LRA**

**NORTH PARK MALL**                                          **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING IN FORMA PAUPERIS STATUS, AND DISMISSING CASE

**BEFORE THE COURT** is the [3] Report and Recommendation of Magistrate Judge Linda R. Anderson. Magistrate Judge Anderson reviewed Plaintiff's application to proceed in forma pauperis and the allegations of Plaintiff's Complaint. Judge Anderson found that Plaintiff was a pauper and should be allowed to proceed without prepayment for fees. However, the allegations of Plaintiff's Complaint did not establish either diversity or federal question jurisdiction, since they concern incorrect prices or price changes at Northpark Mall in Jackson, Mississippi. Accordingly, Judge Anderson recommended that the [2] Motion to Proceed In Form Pauperis be granted, and the case dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction. Plaintiff was advised she could file objections within fourteen days of receiving the Report and Recommendation.

The Report and Recommendation was mailed to Plaintiff at her address of record on January 18, 2018, and there has been no response or objection filed. Therefore, the Court need only review the Report and Recommendation and

determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After having reviewed the Report and Recommendation, the record in this case, and the relevant law, the Court finds the Magistrate Judge's conclusions neither clearly erroneous nor contrary to law. The Court will grant Plaintiff in forma pauperis status and dismiss this case without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation [3] of United States Magistrate Judge Linda R. Anderson entered in this cause on January 18, 2018, should be, and the same hereby is, **ADOPTED** as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's [2] Motion to Proceed In Forma Pauperis is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction. A separate judgment will enter.

**SO ORDERED AND ADJUDGED** this the 12th day of February, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE